THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* REED W. BAILEY, Appellant.

Argued April 12, 1949; decided April 20, 1949.

618

*Albert R. De Young* for appellant.

*Milton A. Wiltse, District Attorney (Angus G. Saunders* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.